**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1284

ROBERT M. COX; CHERIE M. COX,

 Plaintiffs – Appellants,

 v.

JUDY MCMAHON; PAUL GARFINKEL; JOCELYN CATE; GREG FORMAN;
DEBORAH LEWIS; STUART FELDMAN; PAUL SCHWARTZ,

 Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Arenda Wright Allen, District
Judge. (2:12-cv-00689-AWA-LRL)

Submitted: April 18, 2013          Decided: April 23, 2013

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert M. Cox, Cherie M. Cox, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert and Cherie Cox appeal the district court's order dismissing their 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Cox v. McMahon, No. 2:12-cv-00689-AWA-LRL (E.D. Va. Jan. 10, 14, & 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED